Jon and Shelley Beyer
35100 Burt Rd
Saint Helens, Oregon 97051
(503) 750-6930
Shelley@resolveteam.com and jb@resolveteam.com



FILED'10 JUN 25 16:07USDC-ORP

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
## PORTLAND DIVISION

| | |
|---|---|
| Jon Charles Beyer And Shelley Renee Beyer<br><br>Plaintiffs,<br><br>Vs.<br>**BRIAN T. MOYNIHAN,** *and/or his successor,* individually, and in his official capacity as **PRES/CEO OF BAC HOME LOANS SERVICNG, LP,** *an ens legis being used to conceal fraud,*<br><br>**JAMES F. TAYLOR** *and/or his successor,* individually, and in his official capacity as **PRES. OF FIN.& ADMIN. OF RECONTRUST COMPANY, N.A.,** *an ens legis being used to conceal fraud,*<br><br>**BRIAN T. MOYNIHAN,** *and/or his successor,* individually, and in his official capacity as **PRES/CEO OF BANK OF AMERICA,** *an ens legis used to conceal fraud,*<br><br>**ANGELO MAZILO,** *and/or his successor,* individually, and in his official capacity as **PRES/CEO OF COUNTRYWIDE HOME LOANS, INC.,** *an ens legis being used to conceal fraud,* | Case no: 10-CV-00523-MO<br><br>MOTION FOR ENTRY OF DEFAULT |

**R.K. ARNOLD** *and/or his successor,* individually, and in his official capacity as **PRES/CEO OF MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.,** *an ens legis being used to conceal fraud,*

**JAMES STROTHER,** *and/or his successor, individually, and in his official capacity as* **EVP of WELLS FARGO & CO.,** *an ens legis being used to conceal fraud,   et al,*
Defendant

Plaintiff(s) Jon Charles Beyer and Shelley Renee Beyer move the clerk of court to enter default against defendant(s) Brian T. Moynihan, James F. Taylor, R.K. Arnold, and James Strother pursuant to Federal Rule of Civil Procedure 55(a). In support of this request plaintiff(s) rely upon the record in this case and the affidavit submitted herein.

Dated this 15 day of June 2010.

_/s/ Jon-Charles: Beyer_
Jon Charles Beyer

_/s/ Shelley-Renee: Beyer_
Shelley Renée Beyer

## CERTIFICATE OF SERVICE

UNDER PENALTY OF PERJURY, I CERTIFY that a copy of the foregoing MOTION FOR ENTRY OF DEFAULT and AFFIDAVIT IN SUPPORT OF MOTION FOR ENTRY OF DEFAULT was provided by regular U.S. mail to Pilar C. French, LANE POWELL, PC, 601 SW SECOND AVE, SUITE 2100, PORTLAND, OR 97204-3158.

I CERTIFY that a good faith effort was made to communicate with opposing counsel with a view toward resolving the issues raised by the foregoing motion, however the parties are at an *impasse*.

*Shelley-Renee Beyer*

Shelley Renee Beyer

35100 Burt Road

Saint Helens, OR 97051

503-750-6930

STATE OF OREGON

COUNTY OF Columbia

BEFORE ME personally appeared Shelley Renee Beyer who, being by me first duly sworn and identified in accordance with Oregon law, did execute the foregoing in my presence this 25th day of June 2010.

*Rosanne Bellisle*
Notary Public

My commission expires: 8/21/2011

OFFICIAL SEAL
ROSANNE BELLISLE
NOTARY PUBLIC-OREGON
COMMISSION NO. 420546
MY COMMISSION EXPIRES AUG. 21, 2011

Page 3 of 3 MOTION FOR ENTRY OF DEFAULT