

Jon and Shelley Beyer
35100 Burt Rd
Saint Helens, Oregon 97051
(503) 750-6930
Shelley@resolveteam.com and jb@resolveteam.com

FILED 10 JUN 25 16:07USDC-ORP

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
## PORTLAND DIVISION

| | |
|---|---|
| Jon Charles Beyer<br>And Shelley Renee Beyer<br><br>               Plaintiffs,<br><br>   Vs.<br>**BRIAN T. MOYNIHAN,** *and/or his successor,* individually, and in his official capacity as **PRES/CEO OF BAC HOME LOANS SERVICNG, LP,** *an ens legis being used to conceal fraud,*<br><br>**JAMES F. TAYLOR** *and/or his successor,* individually, and in his official capacity as **PRES. OF FIN.& ADMIN. OF RECONTRUST COMPANY, N.A.,** *an ens legis being used to conceal fraud,*<br><br>**BRIAN T. MOYNIHAN,** *and/or his successor,* individually, and in his official capacity as **PRES/CEO OF BANK OF AMERICA,** *an ens legis used to conceal fraud,*<br><br>**ANGELO MAZILO,** and/or *his successor,* individually, and in his official capacity as **PRES/CEO OF COUNTRYWIDE HOME LOANS, INC.,** *an ens legis being used to conceal fraud,*<br><br>**R.K. ARNOLD** *and/or his successor,* individually, and in his official capacity as **PRES/CEO OF MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.,** *an ens legis being used to conceal fraud,* | Case no: 10-CV-00523-MO<br><br>AFFIDAVIT IN SUPPORT OF MOTION FOR ENTRY OF DEFAULT<br><br>VERIFIED |

**JAMES STROTHER,** *and/or his successor,*
*individually, and in his official capacity as*
**EVP of WELLS FARGO & CO.,** *an ens legis*
*being used to conceal fraud,*   *et al,*
Defendant

_____

I, Jon Charles Beyer and Shelley Renee Beyer, being duly sworn, state as follows:

1.      The summons and complaint were filed on May 5, 2010.

2.      All Defendant(s) were served with a copy of the summons and complaint as follows:,

Brian T. Moynihan, CEO of BAC HOME LOANS, LLC on May 6, 2010,

Brian T. Moynihan, CEO of COUNTRYWIDE HOME LOANS on May 6, 2010,

James Strother, CEO of WELLS FARGO BANK on May 11, 2010,

Brian T. Moynihan, CEO of BANK OF AMERICA on May 10, 2010,

R.K. Arnold, CEO of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS on

May 10, 2010,

James R. Taylor, CEO of RECONTRUST COMPANY on May 20, 2010.

 as reflected on the docket sheet by the proof of service filed with the clerk of court.

3.      An answer to the complaint was due as follows:

Brian T. Moynihan, CEO of BAC HOME LOANS, LLC on May 28, 2010,

Brian T. Moynihan, CEO of COUNTRYWIDE HOME LOANS on May 28, 2010,

James Strother, CEO of WELLS FARGO BANK on June 2, 2010,

Brian T. Moynihan, CEO of BANK OF AMERICA on June 1, 2010,

R.K. Arnold, CEO of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS on

June 1, 2010,

James R. Taylor, CEO of RECONTRUST COMPANY on June 11, 2010.

4.    Defendants have failed to plead or otherwise defend within the time allowed and, therefore, are now in default.

5.    WHEREFORE Plaintiffs move this Court to enter default against the defendant(s).

Dated this 25 day of ___June___ 2010.

_____
Jon Charles Beyer

_____
Shelley Renee Beyer

VERIFICATION

STATE OF OREGON

COUNTY OF ___Columbia___

BEFORE ME personally appeared Jon Charles Beyer, being by me first duly sworn and identified in accordance with Oregon law, deposes and says:

3. My name is Jon Charles Beyer, plaintiff herein.

4. I have read and understood the attached foregoing Affidavit in support of Motion for Entry of Default, and each fact alleged therein is true and correct of my own personal knowledge.

FURTHER THE AFFIANT SAYETH NAUGHT.    _____
Jon Charles Beyer, Affiant

SWORN TO and subscribed before me this 25th day of ___June___ 2010

_____
Notary Public

My commission expires: 8/2/2011

OFFICIAL SEAL
ROSANNE BELLISLE
NOTARY PUBLIC-OREGON
COMMISSION NO. 420546
MY COMMISSION EXPIRES AUG. 21, 2011

Page 3 of 4 AFFIDAVIT IN SUPPORT OF MOTION FOR ENTRY OF DEFAULT

## VERIFICATION

STATE OF OREGON

COUNTY OF Columbia

BEFORE ME personally appeared Shelley Renee Beyer, being by me first duly sworn and identified

in accordance with Oregon law, deposes and says:

3. My name is Shelley Renee Beyer, plaintiff herein.

4. I have read and understood the attached foregoing Affidavit in support of Motion for Entry of

Default, and each fact alleged therein is true and correct of my own personal knowledge.

FURTHER THE AFFIANT SAYETH NAUGHT.

*Shelley-Renee: Beyer*

Shelley Renee Beyer, Affiant

SWORN TO and subscribed before me this 25th day of ___June___ 2010

*Rosanne Bellisle*

Notary Public

My commission expires: 8/21/2011

OFFICIAL SEAL
ROSANNE BELLISLE
NOTARY PUBLIC-OREGON
COMMISSION NO. 420546
MY COMMISSION EXPIRES AUG. 21, 2011