

1  Jon and Shelley Beyer
   35100 Burt Rd
2  Saint Helens, Oregon 97051
   (503) 750-6930
3  Shelley@resolveteam.com and jb@resolveteam.com

4

5

6

7              IN THE UNITED STATES DISTRICT COURT
                    DISTRICT OF OREGON
8

9  Jon Charles Beyer                      )  Case no: 10-CV-00523-MO
   And Shelley Renee Beyer                )  DECLARATION OF SHELLEY RENEE
10                         Plaintiffs,    )  BEYER IN SUPPORT OF PLAINTIFF'S
       Vs.                                )  REPORT FOR DISCOVERY PLANNING
11 **BRIAN T. MOYNIHAN,** *and/or his*    )  MEETING PURSUANT TO RULE 26(F)(2)
   *successor,* individually, and in his official )  AND LOCAL RULE 26.1
12 capacity as **PRES/CEO OF BAC HOME**   )
   **LOANS SERVICNG, LP,** *an ens legis*
13 *being  used to conceal fraud,*           VERIFIED

14 **JAMES F. TAYLOR** *and/or his*
   *successor,* individually, and in his official
15 capacity as **PRES. OF FIN.& ADMIN.**
   **OF RECONTRUST COMPANY, N.A.,**
16 *an ens legis being used to conceal fraud,*

17 **BRIAN T. MOYNIHAN,** *and/or his*
   *successor,* individually, and in his official
18 capacity as **PRES/CEO OF BANK OF**
   **AMERICA,** *an ens legis used to conceal*
19 *fraud,*

20 **ANGELO MAZILO**, *and/or his successor,*
   individually, and in his official capacity as
21 **PRES/CEO OF COUNTRYWIDE**
   **HOME LOANS, INC.,** *an ens legis being*
22 *used to conceal fraud,*

23 **R.K. ARNOLD** *and/or his successor,*
   individually, and in his official capacity as
24 **PRES/CEO OF MORTGAGE**
   **ELECTRONIC REGISTRATION**
25 **SYSTEMS, INC.,** *an ens legis being used*
   *to conceal fraud,*
26

27

28

**JAMES STROTHER,** *and/or his successor, individually, and in his official capacity as* **EVP of WELLS FARGO & CO.,** *an ens legis being used to conceal fraud,   et al,*
                    Defendant.

I, Shelley Renee Beyer, declare and state:

    1. I make this declaration based on personal knowledge, and if called as a witness, I could and would competently testify to the facts stated herein.

    2. On Tuesday, September 7, 2010, via telephone, a meeting was concluded between Jon Charles Beyer, Shelley Renee Beyer, and counsel for the Defendants, Steve McCarthy.

    3. Mr. McCarthy informed Plaintiffs that it is customary that the two sides try to work together to provide a joint statement to the court.

    4. Mr. McCarthy drafted a joint statement and emailed it to Plaintiffs on Tuesday, September 14, 2010.

    5. After Plaintiffs reviewed the draft, Plaintiffs informed Mr. McCarthy that they would like to write their own statement,

    6. Mr. McCarthy accused Plaintiffs that they refused to cooperate to put together a joint statement. This wasn't the case at all. Plaintiffs chose to write their own contract because Plaintiffs didn't feel that somebody else writing a contract on their behalf, could benefit them in anyway.

I declare under penalty of perjury that the foregoing is true and correct.

BY: ___Shelley-Renee: Beyer___, agent

Shelley-Renee: Beyer, Plaintiff
Signed reserving all my rights at UCC 1-308

Page 2 of 5
DECLARATION SHELLEY RENEE BEYER IN SUPPORT OF REPORT FOR DISCOVERY PLANNING MEETING PURSUANT TO RULE 26(F)(2) AND LOCAL RULE 26.1

<u>VERIFICATION</u>

STATE OF OREGON

COUNTY OF Columbia

BEFORE ME personally appeared Shelley Renee Beyer, being by me first duly sworn and identified in accordance with Oregon law, deposes and says:

3. My name is Shelley Renee Beyer, plaintiff herein.

4. I have read and understood the attached and each fact alleged therein is true and correct of my own personal knowledge.

FURTHER THE AFFIANT SAYETH NAUGHT.

*Shelley Renee Beyer*

Shelley Renee Beyer, Affiant

SWORN TO and subscribed before me this 21 day of September 2010

*Alice M Buss*

Notary Public

My Commission Expires: July 28, 2013

OFFICIAL SEAL
ALICE M BUSS
NOTARY PUBLIC-OREGON
COMMISSION NO. 439603
MY COMMISSION EXPIRES JULY 28, 2013

Page 3 of 4
DECLARATION SHELLEY RENEE BEYER IN SUPPORT OF REPORT FOR DISCOVERY PLANNING MEETING PURSUANT TO RULE 26(F)(2) AND LOCAL RULE 26.1

## CERTIFICATE OF SERVICE

UNDER PENALTY OF PERJURY, I CERTIFY that on this _21_ day of _September_, 2010, a copy of the foregoing DECLARATION SHELLEY RENEE BEYER IN SUPPORT OF REPORT FOR DISCOVERY PLANNING MEETING PURSUANT TO RULE 26(F)(2) AND LOCAL RULE 26.1 was provided by regular U.S. mail to Stephen P. McCarthy, LANE POWELL, PC, 601 SW SECOND AVE, SUITE 2100, PORTLAND, OR 97204-3158.

_Shelley Renee Beyer_
Shelley Renee Beyer
35100 Burt Road
Saint Helens, OR 97051
503-750-6930

STATE OF OREGON
COUNTY OF _Columbia_

BEFORE ME personally appeared Shelley Renee Beyer who, being by me first duly sworn and identified in accordance with Oregon law, did execute the foregoing in my presence this _21_ day of _September_ 2010.

_Alice M Buss_
Notary Public

OFFICIAL SEAL
ALICE M BUSS
NOTARY PUBLIC-OREGON
COMMISSION NO. 439603
MY COMMISSION EXPIRES JULY 28, 2013